**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1222**

_____

TYRONE HURT,

                Plaintiff – Appellant,

      v.

VINCENT GRAY, Mayor Elect; D. C. COUNCIL MEMBERS; UNITED
STATES OF AMERICA, et. al.,

                Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:12-cv-00020-RBS-FBS)

_____

Submitted: May 29, 2012              Decided: June 7, 2012

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Hurt, Appellant Pro Se. James C. McKay, Jr., OFFICE OF
THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA, Washington,
D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(8)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hurt v. Gray</u>, No. 2:12-cv-00020-RBS-FBS (E.D. Va. Jan. 26, 2012). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2